BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S- 2:11-0458 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BUENA MARSHALL DEBORAH LOUDERMILK, REGINALD DODSON, SR., and KADESTA HARRIS, | |
| Defendants. | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Buena Marshall, through his counsel of record, Clyde M. Blackmon, defendant Deborah Loudermilk, through her counsel of record, James T. Reilly, defendant Reginald Dodson, Sr. through his counsel of record, Dina L. Santos, and Kadesta Harris through her counsel of record, J Toney, hereby stipulate and agree that the status conference set for November 30, 2012, be continued to January 18, 2013.

1

1  The parties need additional time for preparation.  Therefore,
2 the parties have agreed and respectfully request that the Court set
3 the date of January 18, 2013, at 9:00 a.m., for the status
4 conference.  Accordingly, the parties stipulate that time be
5 excluded pursuant to  Local Code T4 - additional time to prepare.
6
7 IT IS SO STIPULATED.
8
                                        BENJAMIN B. WAGNER
9                                       United States Attorney
10
   Dated: November 28, 2012       By:   /s/ Michael M. Beckwith
11                                      MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
12                                      Attorney for Plaintiff
13
   Dated: November 28, 2012       By:   /s/ Clyde M. Blackmon
14                                      CLYDE M. BLACKMON
                                        Attorney for Defendant
15                                      BUENA MARSHALL
16
   Dated: November 28, 2012       By:   /s/ James T. Reilly
17                                      JAMES T. REILLY
                                        Attorney for Defendant
18                                      DEBORAH LOUDERMILK
19
   Dated: November 28, 2012       By:   /s/ Dina L. Santos
20                                      DINA L. SANTOS
                                        Attorney for Defendant
21                                      REGINALD DODSON, SR.
22 Dated: November 28, 2012       By:   /s/ J Toney
                                        J TONEY
23                                      Attorney for Defendant
                                        KADESTA HARRIS
24
25
26
27
28

                                    2

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for November 30, 2012, at 9:00 a.m., be continued to January 18, 2013, at 9:00 a.m., and that the time beginning November 30, 2012, and extending through January 18, 2013, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated: November 29, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge