DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
REGINALD DODSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-458 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| REGINALD DODSON, et al. | |
| Defendants. | Date: February 22, 2013 |
| _____ | Time: 9:00 a.m. |
| | Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant REGINALD DODSON; Attorney Clyde Blackman, Counsel for BUENA MARSHALL; Attorney James Reilly, Counsel for DEBORAH LOUDERMILK; Attorney J. Toney, Counsel for KADESTA HARRIS, that the status conference scheduled for January 18, 2013, be vacated and the matter be continued to this Court's criminal calendar on February 22, 2013, at 9:00 a.m, for further status and possible changes of plea.

This continuance is requested by the defense in order to permit further client consultation and further negotiations with the

1  prosecution.  Counsel for the defendant's continue to review the
2  voluminous discovery, conduct investigation, and prepare the respective
3  defendant's defense preparation.

6  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
7  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
8  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
9  ends of justice served in granting the continuance and allowing the
10 defendant further time to prepare outweigh the best interests of the
11 public and the defendant in a speedy trial.
12     The Court is advised that all counsel have conferred about this
13 request, that they have agreed to the February 22, 2013 date, and that
14 all Counsel have authorized Ms. Santos to sign this stipulation on
15 their  behalf.
16     **IT IS SO STIPULATED**.

18 Dated: January 17, 2013           /S/ Dina L. Santos
                                     DINA L. SANTOS
19                                   Attorney for Defendant
                                     Reginald Dodson
20

21
   Dated: January 17, 2013           /S/ Clyde Blackman
22                                   CLYDE BLACKMAN
                                     Attorney for Defendant
23                                   Buena Marshall

24 Dated: January 17, 2013            /S/ James Reilly
                                     JAMES REILLY
25                                   Attorney for Defendant
                                     Deborah Loudermilk
26
   Dated: January 17, 2013            /S/ J. Toney
27                                   J. Toney
                                     Attorney for Defendant
28                                   Kadesta Harris

Stipulation and Order              2

1

2  Dated: January 17, 2013                /S/ Michael Beckwith
                                          MICHAEL BECKWITH
3                                         Assistant United States Attorney
                                          Attorney for Plaintiff
4

5                                **O R D E R**

6       **IT IS SO ORDERED.**

7  Dated:  January 17, 2013

8

9                                         _____
                                          GARLAND E. BURRELL, JR.
10                                        Senior United States District Judge

Stipulation and Order                    3