CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant,
BUENA MARSHALL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Buena Marshall, Deborah Loudermilk and Kadesta Harris,<br><br>　　　　Defendants. | Case No.: 2: 11-CR-0458 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　February 22, 2013<br>Time:　9:00 a.m.<br>Ctrm:　10 (Hon. Garland E. Burrell) |

The United States of America, through its counsel Assistant United States Attorney Michael M. Beckwith, defendant Buena Marshall, through her counsel Clyde M. Blackmon, defendant Deborah Loudermilk, through her counsel James T. Reilly and defendant Kadesta Harris, through her counsel J. Toney, stipulate that the status conference currently scheduled for February 22, 2013, may be continued to March 29, 2013.

A continuance of the status conference is necessary to provide the parties additional time in which to prepare and to explore the possibilities of a negotiated resolution of the case, at least as to some of the defendants.  Therefore, the

1  parties request that the Court continue the status conference
2  now set for February 22, 2013, to March 29, 2013, at 9:00 a.m.
3       The parties further stipulate that pursuant to 18 U.S.C.
4  section 3161(h)(7)(B)(iv) time should be excluded from February
5  22, 2013, to March 29, 2013, to provide counsel with more time
6  in which to prepare, taking into account the exercise of due
7  diligence, and that the granting of the continuance for the
8  reasons stated will serve the ends of justice and outweighs the
9  best interests of the public and the defendants in a speedy
10 trial.
11 **IT IS SO STIPULATED.**
12 Dated:   February 21, 2013          //s//_____
13                                     MICHAEL M. BECKWITH
                                       Assistant U. S. Attorney
14
   Dated:   February 21, 2013          //s//_____
15                                     CLYDE M. BLACKMON
                                       Attorney for Defendant Buena
16                                     Marshall
17
   Dated:   February 21, 2013          //s//_____
18                                     JAMES T. REILLY
                                       Attorney for Defendant Deborah
19                                     Loudermilk
20
   Dated:   February 21, 2013          //s//_____
21                                     J. TONEY
                                       Attorney for Defendant Kadesta
22                                     Harris
23
24
25
26
27
28

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is hereby ordered that the status conference currently scheduled for 9:00 a.m. on February 22, 2013, is continued to March 29, 2013, at 9:00 a.m.

Based on the representation of the parties that additional time is required for adequate preparation by counsel, the Court finds that time is excluded from February 22, 2013, to March 29, 2013, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) (Local Code T4) and that the granting of the continuance of the status conference serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

**Date:  2/21/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge