Jennifer J. Wirsching, SBN 263141
LibertyBell Law Group, P.C.
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
wirschinglaw@outlook.com
Telephone: (818) 563-2355
Facsimile: (818) 450-0466

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

BUENA MARSHALL
        Defendant.
_____/

Case Number:  2:11-cr-00458-GEB-2

**ORDER**

Pursuant to the unopposed request of Defendant BUENA MARSHALL, Jennifer J. Wirsching is now Attorney of Record for Defendant in this case.

Dated:  February 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge