MARK J. REICHEL, State Bar #155034
REICHEL  & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-9258

mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
BUENA MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11- 458 GEB |
| Plaintiff, | **STIPULATION; ORDER THEREON** |
| v. | Date: August 15, 2014<br>Time: 9:00 a.m.<br>Judge: HONORABLE GARLAND E. BURRELL JR. |
| BUENA MARSHALL, et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant Marshall, JAMES THOMAS RILEY, attorney for defendant Loudermilk, that the present date for the status hearing be re calendared for August 15, 2014 at 9:00 a.m. as recently substituted defense counsel Reichel needs the additional time to review discovery, to meet and confer with his client and opposing counsel, and to factually investigate issues related to the

Stip

case which effect and bear upon the status conference currently set. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 15, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

It is so stipulated.

Dated: July 31, 2014

```
                              MARK J. REICHEL, ESQ.
                              /s/ Mark J. Reichel
                              Attorney for Defendant Marshall


                              JAMES THOMAS RILEY, ESQ.
                              /S/ James T Riley
                              Attorney for defendant Loudermilk

                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY


                              /s/ Michel Beckwith
                              MICHAEL BECKWITH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

IT IS SO ORDERED.  For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local

Stip                                    2

1  Code T4.
2
3            IT IS SO ORDERED.
4  Dated:   July 31, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge