MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
BUENA MARSHALL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BUENA MARSHALL<br><br>    Defendant. | No. 11--CR-458 GEB<br><br>ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSICE ACT<br><br>Time:<br>Date:<br>Judge: Hon. Garland E. Burrell Jr |

ORDER

IT IS HEREBY ORDERED that counsel Mark J. Reichel is appointed as counsel for defendant under the Criminal Justice Act at 18 U.S.C. 3006 effective immediately.

Dated: February 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge