UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BUENA MARSHALL, and DEBORAH LOUDERMILK,<br><br>        Defendant. | No.  2:11-cr-00458-GEB<br><br><br>**ORDER** |

In response to defense attorney Mark Reichel's Declaration filed at 1:53 a.m. on March 17, 2015, the Courtroom Deputy Clerk was directed to tell each juror that we are not having trial today due to an illness and that each juror will be told when trial will resume.

Dated:  March 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1